*E-Filed 4/20/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PARADISE, | No. C 11-00375 RS |
| Plaintiff, | |
| v. | **ORDER** |
| LAKE COUNTY, ET AL, | |
| Defendants. | |

On April 20, 2011, plaintiff Mark Paradise faxed to the Court a notice of dismissal of defendant Lake County with prejudice. Counsel for plaintiff indicated that all parties were prepared to stipulate to the dismissal, but that organizing signatures would require several more days. In the expectation that the parties shall file such a stipulation, the hearing on defendant Lake County's motion to dismiss, scheduled for April 21, 2011, is vacated.

**IT IS SO ORDERED.**

Dated: 4/20/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE