UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| MARK PARADISE,<br>        Plaintiff, | No. C 11-0375 RS |
| v. | **ORDER RE: ATTENDANCE** |
| JASON FERGUSON, et al.,<br>        Defendants. | Date:         August 8, 2011<br>Evaluator:  Randolph Hall |

Before the court are two attendance requests concerning the Early Neutral Evaluation in this case scheduled for August 8, 2011. Good cause appearing, IT IS HEREBY ORDERED that the request for defendant Brian Martin to participate telephonically in the ENE is GRANTED. Mr. Martin shall be available at all times to participate in the ENE in accordance with ADR L.R. 5-10(f).

With regard to defendant Ferguson's request, the court finds that Mr. Ferguson has not made adequate showing that requiring him to appear in person at the session would cause him 'extraordinary or otherwise unjustifiable hardship' in accordance with ADR L.R. 5-10(d). The request for his being allowed to attend the session telephonically is therefore DENIED, and Mr. Ferguson shall appear in person at the ENE session.

IT IS SO ORDERED.

August 2, 2011                                 By:   _/s/ Elizabeth D. Laporte_

Dated                                                                Elizabeth D. Laporte
                                                                     United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**