UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARK PARADISE,
    Plaintiff,

    v.

JASON FERGUSON, et al.,
    Defendants.

No. C 11-0375 RS

**SECOND ORDER RE: ATTENDANCE**

Date:      August 8, 2011
Evaluator:  Randolph Hall

Before the court is a petition to reconsider the ruling on defendant Jason Ferguson's request to appear telephonically at the ENE session scheduled for August 8, 2011. Having considered the request, the court maintains that Mr. Ferguson's presence at the ENE session is required, and DENIES the request for reconsideration.

The request for reconsideration draws a parallel between the request made on behalf of defendant Brian Martin and the one made on behalf of defendant Ferguson. On a surface level, the requests are similar, but the court believes strongly that in order for the ENE to be of maximum benefit to the parties, the individuals with the most direct experience of the events in question must be present. As the arresting officer in this case, Mr. Ferguson is uniquely qualified to provide an explanation of the events in question from his perspective.

///

///

Additionally, while the court understands and regrets that Mr. Ferguson will be inconvenienced by his being required to attend the session, the court does not, in general, view travel time and expense as fulfilling the 'extraordinary or otherwise unjustifiable hardship' requirement of ADR L.R. 5-10(d).

For these reasons, the court DENIES Mr. Ferguson's request to appear telephonically at the ENE session.

IT IS SO ORDERED.

August 4, 2011           By:      /s/ Elizabeth D. Laporte
Dated                                   Elizabeth D. Laporte
                                        United States Magistrate Judge