**United States District Court**
For the Northern District of California

**\*E-Filed 9/22/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARK PARADISE,                                             No. C 11-0375 RS

               Plaintiff,                          **CASE MANAGEMENT**
   v.                                                          **SCHEDULING ORDER**

JASON FERGUSON, CITY OF
LAKEPORT, LAKE COUNTY, DOES 1
through 10 inclusive

               Defendants.
_____/

      Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case

Management Conference on September 22, 2011.  After considering the Joint Case Management

Statement submitted by the parties and consulting with the attorneys of record for the parties and

good cause appearing, IT IS HEREBY ORDERED THAT:

      1.      DISCOVERY.  On or before February 16, 2012, all non-expert discovery shall be

completed by the parties.  Discovery shall be limited as follows:  (a)  ten (10) non-expert

depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts;

(c) fifty (50) requests for production of documents or for inspection per party; and (d) twenty-five

(25) requests for admission per party.

**United States District Court**
For the Northern District of California

3.      EXPERT WITNESSES.  The disclosure and discovery of expert witness opinions shall proceed as follows:

A.  On or before March 15, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.  On or before April 5, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

C.  On or before April 26, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.      FURTHER CASE MANAGEMENT CONFERENCE. A Further Case Management Conference shall be held on **March 15, 2012, at 10:00 a.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

5.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All pretrial motions shall be heard no later than June 28, 2012.

6.      PRETRIAL STATEMENTS.  At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before August 2, 2012, counsel shall file a Joint Pretrial Statement.

7.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **August 16, 2012, at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

8.      TRIAL DATE.   Jury trial shall commence on **August 27, 2012, at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 9/22/11

_____
RICHARD SEEBORG
United States District Judge

**United States District Court**
For the Northern District of California

CASE MANAGEMENT SCHEDULING ORDER
NO. C 11-0375RS